IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| ERIC DEWAYNE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | Civil Action No. 5:14-CV-125-C |

## ORDER

Plaintiff filed this action appealing an adverse decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). A United States Magistrate Judge filed a Report and Recommendation on January 14, 2015, in which the recommendation was made to affirm the Commissioner's decision and dismiss Plaintiff's Complaint. Plaintiff filed objections to the Report and Recommendation on January 29, 2015. Defendant filed no objections.

Although difficult to ascertain, it appears that Plaintiff generally objects to the weight of the evidence upon which the ALJ relied, to an alleged failure to consider certain evidence during his administrative appeal, and to certain of the ALJ's findings and conclusions.[1] After considering Plaintiff's objections, the Court finds that Plaintiff's objections should be OVERRULED.

---

[1] The alleged evidence not considered by the ALJ is now part of the administrative record as discussed in the Report and Recommendation.

It is, therefore, ORDERED that the Magistrate Judge's well-reasoned Report and Recommendation is ADOPTED by the Court, the Commissioner's decision is AFFIRMED, and Plaintiff's Complaint is DISMISSED with prejudice.

Dated this 10th day of February, 2015.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE