IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| ERIC DEWAYNE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | Civil Action No. 5:14-CV-125-C |

**ORDER**

Plaintiff filed this action appealing an adverse decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). A United States Magistrate Judge filed a Report and Recommendation on January 14, 2015, in which the recommendation was made to affirm the Commissioner's decision and dismiss Plaintiff's Complaint. Plaintiff filed objections to the Report and Recommendation on January 29, 2015. By Order dated February 10, 2015, this Court adopted the Magistrate's Report and Recommendation and affirmed the Commissioner's decision. Plaintiff's Complaint was dismissed with prejudice. Plaintiff filed a late notice of appeal on June 11, 2015. The United States Court of Appeals for the Fifth Circuit dismissed the appeal on September 17, 2015. In an effort to revive his case, Plaintiff filed a Motion to Reopen and Reconsider on September 23, 2015. The motion was referred to the Magistrate to issue a report and recommendation.

On December 8, 2015, the Magistrate issued a Report and Recommendation. Plaintiff filed his Objection on December 15, 2015, along with a notice of appeal to the United States

Supreme Court (should this Court deny his requested relief). After considering Plaintiff's objections, the Court finds that Plaintiff's objections should be OVERRULED.

It is, therefore, ORDERED that the Magistrate Judge's well-reasoned Report and Recommendation is ADOPTED by the Court and the Plaintiff's Motion to Reopen and Reconsider is **DENIED**.

Dated this ___8th___ day of January, 2016.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE